THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　*Plaintiff,*<br><br>vs.<br><br>1.22 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND ESTATE OF MARIA PENA FLORES, ET AL.,<br>　　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 7:08-cv-206 |

## DISCLAIMER FOR MATIAS FLORES, JR.

In accordance with the provisions of 28 U.S.C. § 1746, I, **MATIAS FLORES, JR.**, the undersigned, do hereby make the following unsworn declaration, under penalty of perjury:

COMES NOW, **MATIAS FLORES, JR.,** who has been named as an interested party in the above-styled and numbered condemnation proceeding, and hereby enters his appearance herein for all purposes, waives service of all notices, and disclaims any right, title, claim or interest in the just compensation paid or to be paid for the taking of lands, more particularly described in Schedules "CC," "DD," and "E" of the Complaint in Condemnation, as amended, and the Declaration of Taking, as amended (herein "Subject Property"). I further ask the Court to dismiss me from this action.

I declare under penalty of perjury that the foregoing is true and correct.



MATIAS FLORES, JR.

[Notary stamp: BELINDA CANTU, My Commission Expires May 4, 2017, State of Texas]

*Sign and sealed January 13, 2017 by: Belinda Cantu*

Signature: _Matias Flores Jr._

Printed Name: Matias Flores Jr.

Title (if any): _____

Executed on: January 13th 2017 at Edinburg, Tx - Hidalgo
(Date)                              (City, State, Country)

Address: ▮▮▮▮▮

Mission, Tex 78573

Telephone: ▮▮▮▮▮

PAGE 2