UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:08-CV-206 |
| 1.22 ACRES OF LAND, MORE OR LESS, *et al*, | § § § § | |
| Defendants. | § | |

# ORDER

On October 10, 2018, this case was transferred to this Court. The last status report[1] in this case was filed by the Government on October 15, 2012. On July 7, 2017, the transferring Court issued an order[2] granting the Government's motion[3] to withdraw the Notice of Disclaimer Executed by Matias Flores, Jr.[4] and an order[5] dismissing Christie Elizabeth Flores Salazar from the case. Since then, nothing substantive has been filed. In light of the transfer, the Court **ORDERS** Plaintiff and each Defendant to <u>individually</u> file a report **by December 9, 2018**, informing the Court of each party's status and intended future action.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 25th day of October, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 20.
[2] Dkt. No. 28.
[3] Dkt. No. 27.
[4] Dkt. No. 26.
[5] Dkt. No. 29.